**INTHE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>VISUAL LAND, INC.,<br><br>      Defendant.<br><br>MICROSOFT CORPORATION,<br><br>      Intervenor-Plaintiff,<br><br>  v.<br><br>KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants.<br><br>KONINKLIJKE PHILIPS N.V., and<br>U.S. PHILIPS CORPORATION,<br><br>      Intervenor-Defendants/Counterclaim<br>      Plaintiffs in Intervention, | Civil Case No.: 4:18-cv-01888-HSG<br><br>**ORDER GRANTING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: June 26, 2018<br>Time: 2:00 p.m.<br>Ctrm: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1

|   |   |
|---|---|
| v. | ) |
| | ) |
| MICROSOFT CORPORATION, | ) |
| | ) |
|     Intervenor-Plaintiff/Counterclaim Defendant in Intervention. | ) |
| | ) |
| AND | ) |
| MICROSOFT MOBILE Inc., | ) |
| | ) |
|     Counterclaim Defendant in Intervention | ) |
| | ) |

IT IS HEREBY ORDERED this 21st day of June, 2018, that Visual Land, Inc.'s Motion for leave for its counsel to appear at the Case Management Conference by telephone is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE