1  Michael J. Song (SBN 243675)
   michael.song@ltlattorneys.com
2  LTL ATTORNEYS LLP
   300 South Grand Ave. 14th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 612-8900
4  Facsimile: (213) 612-3773

5  *Attorney for Defendant Visual Land, Inc.*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                         **OAKLAND DIVSION**

11

12  KONINKLIJKE PHILIPS N.V. ET AL.,          CASE NO.  4:18-cv-01888-HSG

13                    Plaintiffs,              NOTICE OF APPEARANCE OF
                                               MICHAEL J. SONG
13            v.

14  VISUAL LAND INC.,

15                    Defendant.               JURY TRIAL DEMANDED

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael J. Song, an attorney with the firm LTL Attorneys LLP, and admitted to practice before this Court, hereby appears as counsel of record for Defendant Visual Land Inc. ("Visual Land") in this action.  Visual Land hereby requests that all notices given, and all papers filed or served or required to be served in the above captioned matter be directed or served upon counsel at the address set forth below.

Michael J. Song

LTL ATTORNEYS LLP

300 South Grand Ave. 14th Floor

Los Angeles, CA 90071

Telephone: (213) 612-8900

Facsimile: (213) 612-3773

Dated:  June 25, 2018

Respectfully submitted,

LTL ATTORNEYS LLP

By:   */s/ Michael J. Song*
Michael J. Song

*Attorney for Defendant Visual Land Inc.*

1

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 25, 2018, I served the above and foregoing document(s) by

3

causing a true and accurate copy of such document to be filed and served upon all counsel of

4

record via the Court's CM/ECF electronic filing system.

5

6

By:   */s/ Michael J. Song*

7

Michael J. Song

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2